UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 107.220.138.178,<br><br>    Defendant. | Civil Case No. 1:21-cv-00105-RP |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 107.220.138.178, are voluntarily dismissed with prejudice.

Dated: November 1, 2021                               Respectfully submitted,

                                                           By:  /s/ *Forrest M. Seger III*
                                                                    Forrest Mathew Seger, III
                                                                    Texas Bar No. 24070587
                                                                    Clark Hill PLC
                                                                    2301 Broadway
                                                                    San Antonio, TX 78215
                                                                    210-250-6162
                                                                    Fax: 210-250-6100
                                                                    Email: TSeger@clarkhill.com
                                                                    *Attorneys for Plaintiff*