IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-cv-105-RP |
| JOHN DOE subscriber assigned IP address 107.220.138.178, | § § § § | |
| Defendant. | § § | |

# ORDER

On November 1, 2021, Plaintiff Strike 3 Holdings, LLC ("Plaintiff") dismissed with prejudice all claims against Defendant John Doe Subscriber Assigned IP Address 107.220.138.178 ("Defendant"). (Dkt. 8). Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to be resolved, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on November 2, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE